# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WANDA DRAKE,<br><br>    Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., *et al.*,<br><br>    Defendants. | Case No. 2:12-CV-00395-KJD-RJJ<br><br>**ORDER** |

On September 11, 2012, the Court issued and Order (#29) granting Defendants' Motion to Dismiss. The Court gave Plaintiff fourteen days to file an amended complaint. Plaintiff has not filed an amended complaint.

Accordingly, **IT IS HEREBY ORDERED** that this action is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court terminate this case.

DATED this 12th day of October 2012.

_____
Kent J. Dawson
United States District Judge